UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA                  :
:            ~~PROPOSED~~ ORDER
        - v. -                            :
:            18 Cr. 837 (VSB)
ALEXANDER BURNS,                          :
:
        Defendant.                        :
:
------------------------------------------------------------X

        WHEREAS, on November 11, 2018, ALEXANDER BURNS (the "Defendant") was charged in the above-captioned Information;

        WHEREAS, on November 11, 2018, the Defendant entered a guilty plea to the charges contained in the Information;

        WHEREAS, at the time of the filing of the case, the Honorable William H. Pauley III granted the Government's application to seal all documents and filings related to the Defendant's guilty plea and to delay the filing of docket entries in this case;

        WHEREAS all subsequent filings in the case have been made under seal;

        WHEREAS the Government has now applied to unseal the above-captioned action and to publicly file all docket entries;

        IT IS HEREBY ORDERED that the docket in this matter shall be unsealed; it is

        FURTHER ORDERED that all documents filed in this action shall be unsealed and docketed, including the Information filed on November 11, 2018; the transcript of and

minute entry related to the November 11, 2018 plea proceeding before Judge Pauley; and all subsequent orders entered in the case.

SO ORDERED:

Dated: New York, New York
~~November      2021~~
December 9, 2021

_____
THE HONORABLE VERNON S. BRODERICK
United States District Judge
Southern District of New York